UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JUNIUS BOWMAN,

                Plaintiff,        08 Civ. 8907 (JGK)

    - against -                <u>ORDER</u>

CITY OF NEW YORK, ET AL.

                Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **May 13, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
          April 17, 2009

                                        John G. Koeltl
                                  United States District Judge

RECEIVED
APR 17 2009
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09